1

Edith J. Benay, S.B.N. 98747
Law Office of Edith J. Benay

2

345 Franklin Street
San Francisco, CA 94102

3

Telephone:    (415) 241-7286
Facsimile:    (415) 252-8048

4

5

Attorney for Plaintiffs

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11

JUDITH CHOW and SCOTT WILLIAMS                )

12

                        Plaintiffs                )
                                                  )

13

v.                                                )
                                                  )

14

JUDY JOHNSON, ROBERT HAWLEY,                   )
ELYSE COTANT, STARR BABCOCK,                   )

15

and PEGGY VAN HORN                             )
                                                  )

16

                        Defendants              )
                                                  )

17

Case No.C 07 4478 CW

NOTICE OF UNAVAILABILITY
OF COUNSEL FOR PLAINTIFFS

18

19

20

21

22

23

24

25

26

27

28

TO DEFENDANTS  AND  THEIR  ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that counsel for Plaintiffs JUDITH CHOW and SCOTT WILLIAMS will out of the country and unavailable from October 15, 2007 through November 15, 2007.

The law office of Edith J. Benay will be closed during this period.

Dated September 13, 2007

_____/s/_____
Edith J. Benay
Attorney for Plaintiffs
JUDITH CHOW, SCOTT WILLIAMS

NOTICE OF UNAVAILABILITY
OF COUNSEL FOR PLAINTIFFS