1  Edith J. Benay, (SBN: 98747)
   Law Office of Edith J. Benay
2  345 Franklin Street
   San Francisco, CA 94102
3  Telephone:    (415) 241-7286
   Facsimile:    (415) 252-8048
4
   Attorney for Plaintiffs
5
   Michael D. Bruno (SBN: 166805)
6  Stephanie B. Bradshaw (SBN: 170757)
   Alyson Cabrera (SBN: 222717)
7  GORDON & REES LLP
   Embarcadero Center West
8  275 Battery Street, Suite 2000
   San Francisco CA 94111
9  Telephone: (415) 986-5900
   Facsimile:   (415) 986-8054
10
   Lawrence C. Yee (SBN: 84208)
11 Heather A. Irwin (SBN: 203203)
   Office of General Counsel
12 The State Bar of California
   180 Howard Street
13 San Francisco CA 94105-1639
   Telephone: (415)538-2000
14 Facsimile:  (415) 538-2321

15 Attorneys for Defendants

16

17                IN THE UNITED STATES DISTRICT COURT

18                FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  JUDITH CHOW and SCOTT WILLIAMS ) | |
|         ) | Case No. C 07 4478 CW |
| 21         Plaintiffs  ) | |
|         ) | STIPULATION AND |
| 22  v.  ) | [PROPOSED] ORDER |
|         ) | EXTENDING TIME FOR |
| 23         ) | DEFENDANTS TO FILE |
|  JUDY JOHNSON, ROBERT HAWLEY, ) | RESPONSIVE PLEADING |
| 24 ELYSE COTANT, STARR BABCOCK ) | AND VACATING/RESETTING |
|  and PEGGY VAN HORN  ) | DATES SET FORTH IN |
| 25         ) | ORDER SETTING INITIAL |
|         Defendants  ) | CASE MANAGEMENT |
| 26 _____) | CONFERENCE AND |
|  _____)  | ADR DEADLINES |
| 27 _____)____ | |

28
   STIPULATION AND PROPOSED ORDER
   EXTENDING TIME FOR DEFENDANTS
   TO FILE RESPONSIVE PLEADING

Pursuant to Local Rules 6-1(b), 6-2 and 7-12, the parties stipulate as follows:

WHEREAS Plaintiffs filed their Amended Complaint on September 13, 2007;

WHEREAS Plaintiffs believe that four of the five Defendants were served on September 18, 2007 but Defendant, ELYSE COTANT will not be served in this action until on or about October 5, 2007;

WHEREAS Counsel for Plaintiff filed and served a Notice of Unavailability for the time period from October 15, 2007 through November 15, 2007, due to the fact that she will be out of the country during that time period;

WHEREAS there have been no previous time modifications in this case;

WHEREAS the parties believe that the interests of this Court and their respective clients will be best served if the November and December 2007 deadlines and Initial Case Management Conference are briefly continued;

THEREFORE, the parties hereby jointly request that the time for Defendants to file their responsive pleading and/or motion to dismiss pursuant to Fed. R. Civ. Pro. 12, in the above entitled case, be continued to November 30, 2007, and that the dates set forth in this Court's August 29, 2007 Order Setting Initial Case Management Conference and ADR Deadlines ("Order") be vacated and reset after until Defendants' motion is heard.

So Stipulated

Dated: October      , 2007

_____      //s//
                                  Edith J. Benay, Attorney for Plaintiffs

STIPULATION AND PROPOSED ORDER
EXTENDING TIME FOR DEFENDANTS
TO FILE RESPONSIVE PLEADING                    1

1 So Stipulated

2 Dated: October ____, 2007

GORDON & REES

By  //s//
Stephanie Bradshaw
Attorneys for Defendants

10 **THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED:**

12 Dated: October _____ 2007

Hon. Claudia Wilkins
United States District Court
Northern District of California

STIPULATION AND PROPOSED ORDER
EXTENDING TIME FOR DEFENDANTS
TO FILE RESPONSIVE PLEADING                2