1  Edith J. Benay, (SBN: 98747)
   Law Office of Edith J. Benay
2  345 Franklin Street
   San Francisco, CA 94102
3  Telephone:    (415) 241-7286
   Facsimile:    (415) 252-8048
4
   Attorney for Plaintiffs
5
   Michael D. Bruno (SBN: 166805)
6  Stephanie B. Bradshaw (SBN: 170757)
   Alyson Cabrera (SBN: 222717)
7  GORDON & REES LLP
   Embarcadero Center West
8  275 Battery Street, Suite 2000
   San Francisco CA 94111
9  Telephone: (415) 986-5900
   Facsimile:  (415) 986-8054
10
   Lawrence C. Yee (SBN: 84208)
11 Heather A. Irwin (SBN: 203203)
   Office of General Counsel
12 The State Bar of California
   180 Howard Street
13 San Francisco CA 94105-1639
   Telephone: (415)538-2000
14 Facsimile:  (415) 538-2321
15 Attorneys for Defendants

16

17                 IN THE UNITED STATES DISTRICT COURT

18               FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20 JUDITH CHOW and SCOTT WILLIAMS          )
                                           )   Case No. C 07 4478 CW
21            Plaintiffs                    )
                                           )   STIPULATION AND
22 v.                                       )   [PROPOSED] ORDER
                                           )   EXTENDING TIME FOR
23                                          )   DEFENDANTS TO FILE
   JUDY JOHNSON, ROBERT HAWLEY,            )   RESPONSIVE PLEADING
24 ELYSE COTANT, STARR BABCOCK            )   AND VACATING/RESETTING
   and PEGGY VAN HORN                       )   DATES SET FORTH IN
25                                          )   ORDER SETTING INITIAL
              Defendants                    )   CASE MANAGEMENT
26 _____)   CONFERENCE AND
   _____)____ADR DEADLINES
27 _____)____

28
   STIPULATION AND PROPOSED ORDER
   EXTENDING TIME FOR DEFENDANTS
   TO FILE RESPONSIVE PLEADING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Local Rules 6-1(b), 6-2 and 7-12, the parties stipulate as follows:

WHEREAS Plaintiffs filed their Amended Complaint on September 13, 2007;

WHEREAS Plaintiffs believe that four of the five Defendants were served on September 18, 2007  but  Defendant, ELYSE COTANT will not be served in this action until on or about October 5, 2007;

WHEREAS Counsel for Plaintiff  filed and served a Notice of Unavailability for the time period from October 15, 2007 through November 15, 2007, due to the fact that she will be out of the country during that time period;

WHEREAS there have been no previous time modifications in this case;

WHEREAS the parties believe that the interests of this Court and their respective clients  will be best served if the November and December 2007 deadlines and Initial Case Management Conference are briefly continued;

THEREFORE, the parties hereby jointly request that the time for Defendants to file their responsive pleading and/or motion to dismiss pursuant to Fed. R. Civ. Pro. 12,  in the above entitled case, be continued to November 30, 2007,  and that the dates set forth in this Court's August 29, 2007 Order Setting Initial Case Management Conference and ADR Deadlines ("Order") be vacated and reset after until Defendants' motion is heard.


So Stipulated

Dated: October   5 , 2007

_____
                                                        Edith J. Benay, Attorney for Plaintiffs

STIPULATION AND PROPOSED ORDER
EXTENDING TIME FOR DEFENDANTS
TO FILE  RESPONSIVE  PLEADING                    1

1

2  So Stipulated

3

Dated: October 5, 2007

4
                                        GORDON & REES
5

6                                       By _____
                                        Stephanie Bradshaw
7                                       Attorneys for Defendants

8

9

10

11 **THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED:**

12

13
Dated: October _____2007
14

15                                      _____
16                                      Honorable  Claudia Wilken
                                        United States District Court
17                                      Northern District of California

18

19

20

21

22

23

24

25

26

27

28
   STIPULATION AND PROPOSED ORDER
   EXTENDING TIME FOR DEFENDANTS
   TO FILE  RESPONSIVE  PLEADING              2