1   Edith J. Benay, (SBN: 98747)
    Law Office of Edith J. Benay
2   345 Franklin Street
    San Francisco, CA 94102
3   Telephone:    (415) 241-7286
    Facsimile:     (415) 252-8048
4
    Attorney for Plaintiffs
5
    Michael D. Bruno (SBN: 166805)
6   Stephanie B. Bradshaw (SBN: 170757)
    Alyson Cabrera (SBN: 222717)
7   GORDON & REES LLP
    Embarcadero Center West
8   275 Battery Street, Suite 2000
    San Francisco CA 94111
9   Telephone: (415) 986-5900
    Facsimile:   (415) 986-8054
10
    Lawrence C. Yee (SBN: 84208)
11  Heather A. Irwin (SBN: 203203)
    Office of General Counsel
12  The State Bar of California
    180 Howard Street
13  San Francisco CA 94105-1639
    Telephone: (415)538-2000
14  Facsimile:  (415) 538-2321

15  Attorneys for Defendants

16

17              IN THE UNITED STATES DISTRICT COURT

18            FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20  JUDITH CHOW and SCOTT WILLIAMS          )
                                            )   Case No. C 07 4478 CW
21           Plaintiffs                     )
                                            )   STIPULATION AND
22  v.                                      )   [PROPOSED] ORDER
                                            )   EXTENDING TIME FOR
23                                          )   DEFENDANTS TO FILE
    JUDY JOHNSON, ROBERT HAWLEY,            )   RESPONSIVE PLEADING
24  ELYSE COTANT, STARR BABCOCK             )   AND VACATING/RESETTING
    and PEGGY VAN HORN                      )   DATES SET FORTH IN
25                                          )   ORDER SETTING INITIAL
             Defendants                     )   CASE MANAGEMENT
26  _____)   CONFERENCE AND
    _____)   ADR DEADLINES
27  _____)    AS MODIFIED

28
    **STIPULATION AND PROPOSED ORDER
    EXTENDING TIME FOR DEFENDANTS
    TO FILE  RESPONSIVE  PLEADING**

1

2

3

4

5     Pursuant to Local Rules 6-1(b), 6-2 and 7-12, the parties stipulate as follows:

6     WHEREAS Plaintiffs filed their Amended Complaint on September 13, 2007;

WHEREAS Plaintiffs believe that four of the five Defendants were served on September

7
18, 2007  but  Defendant, ELYSE COTANT will not be served in this action until on or about

8
October 5, 2007;

9
WHEREAS Counsel for Plaintiff  filed and served a Notice of Unavailability for the time

10
period from October 15, 2007 through November 15, 2007, due to the fact that she will be out of

11
the country during that time period;

12
WHEREAS there have been no previous time modifications in this case;

13
WHEREAS the parties believe that the interests of this Court and their respective clients

14
 will be best served if the November and December 2007 deadlines and Initial Case Management

15
Conference are briefly continued;

16
THEREFORE, the parties hereby jointly request that the time for Defendants to file their

17
responsive pleading and/or motion to dismiss pursuant to Fed. R. Civ. Pro. 12,  in the above

18
entitled case, be continued to November 30, 2007,  and that the dates set forth in this Court's

19
August 29, 2007 Order Setting Initial Case Management Conference and ADR Deadlines

20
("Order") be vacated and reset after until Defendants' motion is heard.

21

22
So Stipulated

23

24   Dated: October   5 , 2007

25
_____
Edith J. Benay, Attorney for Plaintiffs

26   _____

27

28
STIPULATION AND PROPOSED ORDER
EXTENDING TIME FOR DEFENDANTS
TO FILE  RESPONSIVE  PLEADING                    1

1

2    So Stipulated

3
     Dated: October 5, 2007
4
                                            GORDON & REES
5

6                                           By _____
                                            Stephanie Bradshaw
7                                           Attorneys for Defendants

8

9

10

11   **THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED:** THE
     CASE MANAGEMENT CONFERENCE IS CONTINUED TO 1/15/08 AT 2:00 P.M.  THE
12   OTHER RELATED DEADLINES ARE CONTINUED ACCORDINGLY.

13
     Dated: October ____11,__ 2007
14

15                                          _____
                                            Honorable  Claudia Wilken
16                                          United States District Court
                                            Northern District of California
17

18

19

20

21

22

23

24

25

26

27

28
     STIPULATION AND PROPOSED ORDER
     EXTENDING TIME FOR DEFENDANTS
     TO FILE  RESPONSIVE  PLEADING              2