1  MICHAEL D. BRUNO (SBN: 166805)
   STEPHANIE B. BRADSHAW (SBN: 170757)
2  ALYSON CABRERA (SBN: 222717)
   GORDON & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile:  (415) 986-8054

6  LAWRENCE C. YEE (SBN: 84208)
   HEATHER A. IRWIN (SBN: 203203)
7  OFFICE OF GENERAL COUNSEL
   THE STATE BAR OF CALIFORNIA
8  180 Howard Street
   San Francisco CA 94105-1639
9  Telephone: (415) 538-2000
   Facsimile:  (415) 538-2321
10
   Attorneys for Defendants
11 JUDY JOHNSON, ROBERT HAWLEY,
   STARR BABCOCK, PEGGY VAN
12 HORN and ELYSE COTANT

13

14

15                    UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

17

18 JUDITH CHOW AND SCOTT WILLIAMS,   )  CASE NO. C 07 4478 CW
                                      )
19                      Plaintiffs,   )  **DEFENDANTS' NOTICE OF MOTION
                                      )  AND MOTION TO DISMISS AND
20       vs.                          )  MOTION TO STRIKE PURSUANT TO
                                      )  FEDERAL RULES OF CIVIL
21 JUDY JOHNSON, ROBERT HAWLEY,       )  PROCEDURE 12(b)(6) and 12(f)**
   ELYSE COTANT, STARR BABCOCK and    )
22 PEGGY VAN HORN,                    )  Date:     January 24, 2008
                                      )  Time:     2:00 p.m.
23                      Defendants.   )  Judge:    Claudia Wilkin
                                      )  Location: Courtroom 2
24 _____    )
                                         Accompanying Papers: Memorandum of
25                                       Points and Authorities; Request for Judicial
                                         Notice; [Proposed] Order
26

27

28
   ─────────────────────────────────────────────
   Defendants' Notice of Motion and Motion to Dismiss and Motion to Strike
                    Case No. C074478 CW

(Left margin: Gordon & Rees LLP, Embarcadero Center West, 275 Battery Street, Suite 2000, San Francisco, CA 94111)
(SBCA/1039105/5236115v.1)

1  PLEASE TAKE NOTICE that on Thursday, January 24, 2008 at 2:00 p.m. or as soon
2  thereafter as the matter may be heard in the above-entitled court, Defendants Judy Johnson,
3  Robert Hawley, Elyse Cotant, Starr Babcock and Peggy Van Horn (collectively, "Defendants"),
4  will and hereby do move the Court to dismiss the Complaint of Plaintiffs Judith Chow and Scott
5  Williams ("Plaintiffs") pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a
6  claim upon which relief can be granted.  Additionally, Defendants will and hereby do move the
7  Court to strike allegations from Plaintiffs' Complaint pursuant to Federal Rule of Civil
8  Procedure 12(f) as immaterial, impertinent, and scandalous.  Defendants' motion is made on the
9  following grounds.

(1) Plaintiffs have failed to allege facts sufficient to state a legally cognizable RICO predicate act as required under 18 U.S.C. §1962;

(2) Plaintiffs have failed to state facts sufficient to meet the standing and proximate cause requirements of 18 U.S.C. §1864; and

(3) Plaintiffs fail to state a claim upon which relief can be granted because as governmental officials, Defendants are immune from Plaintiffs' RICO claim.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Request for Judicial Notice filed herewith and the pleadings and papers filed herein.

November 30, 2007         GORDON & REES LLP

                          By:  /s/ Alyson Cabrera
                               ALYSON CABRERA
                          Attorneys for Defendants
                          JUDY JOHNSON, ROBERT HAWLEY, STARR
                          BABCOCK, PEGGY VAN HORN and ELYSE
                          COTANT

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

-1-
Defendants' Notice of Motion and Motion to Dismiss and Motion to Strike
Case No. C074478 CW