MICHAEL D. BRUNO (SBN: 166805)
STEPHANIE B. BRADSHAW (SBN: 170757)
ALYSON CABRERA (SBN: 222717)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

LAWRENCE C. YEE (SBN: 84208)
HEATHER A. IRWIN (SBN: 203203)
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
180 Howard Street
San Francisco CA 94105-1639
Telephone: (415) 538-2000
Facsimile: (415) 538-2321

Attorneys for Defendants
JUDY JOHNSON, ROBERT HAWLEY,
STARR BABCOCK, PEGGY VAN
HORN and ELYSE COTANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| JUDITH CHOW AND SCOTT WILLIAMS,<br><br>    Plaintiffs,<br><br>vs.<br><br>JUDY JOHNSON, ROBERT HAWLEY,<br>ELYSE COTANT, STARR BABCOCK and<br>PEGGY VAN HORN,<br><br>    Defendants. | CASE NO. C 07 4478 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE** |

1  This matter came on regularly for hearing on Thursday, January 24, 2008 at 2:00 p.m. in Courtroom 2 located at 1301 Clay Street, 400 South, Oakland, California. Counsel from Gordon & Rees LLP appeared on behalf of Defendants Judy Johnson, Robert Hawley, Elyse Cotant, Starr Babcock and Peggy Van Horn (collectively, "Defendants"). Edith Benay appeared on behalf of Plaintiffs Judith Chow and Scott Williams ("Plaintiffs").

Having considered the moving, opposition and reply papers, and argument of counsel at the hearing, and good cause appearing, the Court hereby DISMISSES WITH PREJUDICE, Plaintiffs' Complaint for violation of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §1961, *et seq.*, ("RICO") pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

Plaintiffs have failed to allege facts sufficient to state a legally cognizable RICO predicate act as required under 18 U.S.C. §1962. Plaintiffs have also failed to state facts sufficient to meet the standing and proximate cause requirements of 18 U.S.C. §1864. Lastly, Plaintiffs failed to state a claim upon which relief can be granted because as governmental officials, Defendants are immune from Plaintiffs' RICO claim.

IT IS SO ORDERED.

Dated: _____

Judge of the United States District Court

---

[Proposed] Order Granting Defendants' Motion to Dismiss and Motion to Strike
Case No. C074478 CW