IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH CHOW, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JUDITH JOHNSON, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-04478 CW<br><br>CLERK'S NOTICE<br>CONTINUING CASE<br>MANAGEMENT<br>CONFERENCE |

Notice is hereby given that the case management conference, previously set for January 15, 2008, is continued to **January 24, 2008, at 2:00 p.m.**, to be heard along with Defendants' Motion to Dismiss and Motion to Strike Pursuant to FRCP 12(b)(1) and 12 (f), in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. The joint Case Management Conference Statement will be due one week prior to the conference.

Dated: 12/3/07

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk