# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Chow,<br><br>            Plaintiff(s),<br><br>   v.<br><br>Johnson,<br><br>            Defendant(s). | 07-04478 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: January 9, 2008

                        RICHARD W. WIEKING
                        Clerk
                        by:   Timothy J. Smagacz

                        *Timothy Smagacz*
                        ADR Administrative Assistant
                        415-522-4205
                        Tim_Smagacz@cand.uscourts.gov

*(Left margin: United States District Court, Northern District of California)*

**Notice Re: Noncompliance With Court Order**
07-04478 CW                                    -2-

PROOF OF SERVICE

Case Name:      Chow v. Johnson

Case Number:    07-04478 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 9, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Edith J. Benay
> Attorney at Law
> 345 Franklin St.
> San Francisco, CA 94102
> ebenay@cs.com
>
> Alyson Cabrera
> Gordon & Rees LLP
> Embarcadero Center West
> 275 Battery Street, Suite 2000
> San Francisco, CA 94111
> acabrera@gordonrees.com
>
> Michael D. Bruno
> Gordon & Rees LLP
> 275 Battery Street, Suite 2000
> Embarcadero Center West
> San Francisco, CA 94111
> mbruno@gordonrees.com
>
> Lawrence C. Yee

State Bar of California
180 Howard Street
Office of General Counsel
San Francisco, CA 94105-1639
Lawrence.yee@calbar.ca.gov

Stephanie Bradshaw
Gordon & Rees, LLP
275 Battery Street
Suite 2000
San Francisco, CA 94111
sbradshaw@gordonrees.com

Heather Anne Irwin
The State Bar of California
Office of General Counsel
180 Howard Street
San Francisco, CA 94105
Heather.Irwin@calbar.ca.gov


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 9, 2008 in San Francisco, California.

    RICHARD W. WIEKING
    Clerk
    by:    Timothy J. Smagacz

    */s/ Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov