# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JUDITH CHOW AND SCOTT WILLIAMS, Plaintiff(s),

v.

JUDY JOHNSON, ROBERT HAWLEY, ELYSE COTANT, STARR BABCOCK and PEGGY VAN HORN, Defendant(s).

CASE NO. C 07 4478 CW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference January 24, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Stephanie B. Bradshaw | Judy Johnson, Robert Hawley, Elyse Cotant, Starr Babcock and Peggy Van Horn | (415) 986-5900 | sbradshaw@gordonrees.com |
| Edith J. Benay | Judith Chow and Scott Williams | (415) 241-7286 | ebenay@cs.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: December 28, 2007

Attorney for Plaintiffs
Edith J. Benay

Dated: December 27, 2007

Attorney for Defendants
Stephanie B. Bradshaw

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the below-mentioned date, I served the within documents:

NOTICE OF NEED FOR ADR PHONE CONFERENCE

[X] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. and

Edith J. Benay
Law Office of Edith J. Benay
Fax: (415) 252-8048

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

**Counsel for Plaintiffs:**
Edith J. Benay
Law Office of Edith J. Benay
345 Franklin Street
San Francisco, CA 94102

**Co-Counsel for Defendants:**
Heather A. Irwin
Larry Yee
Assistant General Counsel
The State Bar of California
180 Howard Street
San Francisco, CA 94105-1639

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 28, 2007, at San Francisco, California.

Bob Lieberman

Chow and Williams v. California State Bar, et al.
U.S. Northern District Court Case No. C 07 4478 CW

SBCA/1039105/5281161v.1