1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| JUDITH CHOW and SCOTT WILLIAMS | ) | Case No.C 07 4478 CW |
| | ) | |
| Plaintiffs | ) | **[PROPOSED] ORDER** |
| | ) | **ENLARGING TIME FOR** |
| v. | ) | **PLAINTIFFS TO FILE** |
| | ) | **OPPOSITION TO** |
| | ) | **DEFENDANTS'** |
| JUDY JOHNSON, ROBERT HAWLEY, | ) | **MOTION TO DISMISS** |
| ELYSE COTANT, STARR BABCOCK, | ) | **AND MOTION TO** |
| and PEGGY VAN HORN | ) | **TO STRIKE** |
| | ) | |
| Defendants | ) | Local Rule 6-1(b) |
| | ) | |

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS [PROPOSED] ORDER GRANTING
PLAINTIFFS MOTION TO ENLARGE TIME
LOCAL RULE 6-1(b)

1   Plaintiffs' motion was filed on January 13, 2008 .

2   Having considered the motion and opposing papers and good cause appearing, the Court

3   hereby enlarges  the time for Plaintiffs' to file their Opposition to Defendants' Motion to Dismiss

4   and Motion to Strike to January 4, 2008.

5

6   IT IS SO ORDERED.

7

8   Dated:

9

10

11

_____Judge of the United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   PLAINTIFFS [PROPOSED] ORDER GRANTING
     PLAINTIFFS MOTION TO ENLARGE TIME
28    LOCAL RULE 6-1(b)