SIGNATURE ATTESTATION FOR
PLAINTIFF JUDITH CHOW


I hereby attest that I have on file all holographic
signatures for any signatures indicated by a "conformed"
signature (/S/) within this e filed document.


                                        /S/
Dated: January 19, 2008                 Edith J. Benay
                                         Attorney for Plaintiff
                                        JUDITH CHOW