SIGNATURE ATTESTATION FOR
PLAINTIFF JUDITH CHOW

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/S/) within this e filed document.

Dated: January 19, 2008

/S/
Edith J. Benay
Attorney for Plaintiff
SCOTT WILLIAMS