IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUDITH CHOW and SCOTT WILLIAMS ) | | Case No.C 07 4478 CW |
| ) | | |
| Plaintiffs ) | | **ORDER** |
| ) | | **ENLARGING TIME FOR** |
| v. ) | | **PLAINTIFFS TO FILE** |
| ) | | **OPPOSITION TO** |
| ) | | **DEFENDANTS'** |
| JUDY JOHNSON, ROBERT HAWLEY, ) | | **MOTION TO DISMISS** |
| ELYSE COTANT, STARR BABCOCK ) | | **AND MOTION TO** |
| and PEGGY VAN HORN ) | | **TO STRIKE** |
| ) | | |
| Defendants ) | | Local Rule 6-1(b) |

PLAINTIFFS  ORDER GRANTING
PLAINTIFFS MOTION TO ENLARGE TIME
 LOCAL RULE 6-1(b)

1     Plaintiffs' motion was filed on January 13, 2008 .

2     Having considered the motion and opposing papers and good cause appearing, the Court
3 hereby enlarges  the time for Plaintiffs' to file their Opposition to Defendants' Motion to
4 Dismiss and Motion to Strike to January 4, 2008.

6     IT IS SO ORDERED.

8 Dated: 1/22/08

*[signature: Claudia Wilken]*

_____
Judge of the United States District Court

27 PLAINTIFFS  ORDER GRANTING PLAINTIFFS MOTION TO ENLARGE TIME
28  LOCAL RULE 6-1(b)