UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDITH CHOW,

    Plaintiff,

v.

JUDITH JOHNSON,

    Defendant.

NO. C 07-04478 CW

**MINUTE ORDER**
Date: 1/24/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:**  Raynee Mercado

**Appearances for Plaintiff:**
Edith Benay

**Appearances for Defendant:**
Michael Bruno; Alyson Cabrera

**Motions:**

| | | |
|---|---|---|
| Defendants | Mo. to dismiss and mo. to strike pursuant to FRCP 12(b)(6) and 12(f) | Denied with leave to amend |

Further briefing due:  Defendant 1/28/08; Plaintiff 1/30/08
Order to be prepared by:  Court

**Case Management Conference Held?:**  Yes

Notes:  Court will issue order denying with leave to amend to allege predicate act of witness tampering and include enough facts to show there would be a federal claim and federal investigation.  Plaintiff to prepare proposed amended complaint and show to defense and if defense does not want it filed in the public record pursuant to protective order then counsel can file motion to file under seal.  Defense may file by Monday, 1/28, additional 3 page brief on issue of pleading requirement to allow qualified immunity citing case law; plaintiff's opposition due Wednesday, 1/30.  **Further CMC set for 4/24/08 at 2:00 p.m.**  Any motion to dismiss amended complaint should be noticed for hearing on 4/24/08 at 2:00 p.m.

Copies to:  Chambers