1   Edith J. Benay, S.B.N. 98747
    Law Office of Edith J. Benay
2   345 Franklin Street
    San Francisco, CA 94102
3   Telephone:    (415) 241-7286
    Facsimile:    (415) 252-8048
4
    Attorney for Plaintiffs
5

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12
    JUDITH CHOW and SCOTT WILLIAMS          )     Case No.C 07 4478 CW
13                                          )
              Plaintiffs                    )     **PLAINTIFFS' NOTICE OF**
14  v.                                      )     **VOLUNTARY DISMISSAL**
                                            )     **WITHOUT PREJUDICE**
15                                          )
    JUDY JOHNSON, ROBERT HAWLEY,            )
16  ELYSE COTANT, STARR BABCOCK             )     **[FRCP 41(a)(1)(A)(i)]**
    and PEGGY VAN HORN                      )
17                                          )
              Defendants                    )
18  _____)

19

20

21

22

23

24

25

26

27

28  PLAINTIFFS' NOTICE OF VOLUNTARY
    DISMISSAL WITHOUT PREJUDICE
    FED. R. CIV. PRO. 41a(1)

1

2

3

4        NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(I), Plaintiffs

5   JUDITH CHOW and SCOTT WILLIAMS voluntarily dismiss, without prejudice, all claims in

6   the above-captioned matter.

7

8   Dated: February 26, 2008

9

10

11

12

13

14

15                                              /s/ Edith J. Benay
                                                Edith J. Benay, Attorney for
16                                              Plaintiffs JUDITH CHOW and SCOTT WILLIAMS

17

18

19

20

21

22

23

24

25

26

27

28   PLAINTIFFS' NOTICE OF VOLUNTARY
     DISMISSAL WITHOUT PREJUDICE
     FED. R. CIV. PRO. 41a(1)