IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH CHOW and SCOTT WILLIAMS,<br><br>    Plaintiffs,<br><br>  v.<br><br>JUDY JOHNSON, ROBERT HAWLEY, ELYSE COTANT, STARR BABCOCK and PEGGY VAN HORN,<br><br>    Defendants.<br>_____/ | No. C-07-4478 CW<br><br>ORDER DENYING DEFENDANTS' MOTION TO STRIKE |

    Defendants' motion to strike Plaintiffs' voluntary dismissal of their claims in this case is DENIED (Docket No. 38).  The Court no longer has jurisdiction over the matter.

    IT IS SO ORDERED.

Dated:   3/10/08

_____
CLAUDIA WILKEN
United States District Judge