MICHAEL D. BRUNO (SBN: 166805)
STEPHANIE B. BRADSHAW (SBN: 170757)
ALYSON CABRERA (SBN: 222717)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

LAWRENCE C. YEE (SBN: 84208)
HEATHER A. IRWIN (SBN: 203203)
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
180 Howard Street
San Francisco CA 94105-1639
Telephone: (415) 538-2000
Facsimile: (415) 538-2321

Attorneys for Defendants
JUDY JOHNSON, ROBERT HAWLEY,
STARR BABCOCK, PEGGY VAN
HORN and ELYSE COTANT

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| JUDITH CHOW AND SCOTT WILLIAMS,<br>Plaintiffs,<br>vs.<br>JUDY JOHNSON, ROBERT HAWLEY, ELYSE COTANT, STARR BABCOCK and PEGGY VAN HORN,<br>Defendants. | CASE NO. C 07 4478 CW<br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Dated: April 30, 2008

By: *Peggy Van Horn*
Peggy Van Horn

Dated: April 30 2008

By: *Elyse Cotant*
Elyse Cotant

Dated: ~~April~~ May 8 2008

LAW OFFICE OF EDITH J. BENAY

By: *Edith J Benay*
Edith J. Benay
Attorneys for Plaintiffs
JUDITH CHOW and SCOTT WILLIAMS

Dated: ~~April~~ May 2, 2008

By: *Judith E. Chow*
Judith Chow

Dated: ~~April~~ May 2, 2008

By: *Scott Williams*
Scott Williams

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Plaintiffs JUDITH CHOW and SCOTT WILLIAMS ("Plaintiffs") and Defendants JUDY JOHNSON, ROBERT HAWLEY, ELYSE COTANT, STARR BABCOCK and PEGGY VAN HORN (collectively, "Defendants") hereby stipulate as follows:

(1) By Order of the United States District Court, Northern District of California, on February 5, 2008, the Court dismissed the First Amended Complaint in this action.

(2) Plaintiffs' First Amended Complaint did not disclose any expert opinion or any independent evidence that any practice by the State Bar of California or any of its employees was illegal or criminal.

(3) In exchange for Defendants' promise herein not to sue Plaintiffs or their attorney for malicious prosecution, or to seek sanctions, costs or attorney's fees, or bring any other claim arising out of the filing of this lawsuit, the Parties stipulate to this dismissal with prejudice. This is the only consideration given for this agreement.

(4) Defendants contend that this RICO suit has no merit. Deloitte & Touche's investigation of financial misconduct allegations did not find misconduct by Defendants.

Dated: April 30, 2008

GORDON & REES LLP

By: ______________________
Michael D. Bruno
Attorneys for Defendants
JUDY JOHNSON, ROBERT HAWLEY, STARR BABCOCK, PEGGY VAN HORN and ELYSE COTANT

Dated: April 30, 2008

By: ______________________
Judy Johnson

Dated: April 30, 2008

By: ______________________
Robert Hawley

Dated: April 30, 2008

By: ______________________
Starr Babcock